DENNIS K. BURKE
United States Attorney
District of Arizona
ANCA I. POP
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
anca.pop@usdoj.gov
Attorneys for Plaintiff

FILED

2010 NOV 17 A 4: 37

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Jose Lopez,

    Defendant.

CR10-3268 TUC

INDICTMENT

Violations: 21 USC §846
           21 USC §841(a)(1)
           21 USC §841(b)(1)(B)(vii)

(Conspiracy to Possess with Intent to Distribute Marijuana; Possession with Intent to Distribute Marijuana)

THE GRAND JURY CHARGES:

## COUNT 1

From a time unknown, to on or about October 24, 2010, at or near Nogales, in the District of Arizona, JOSE LOPEZ, named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 145 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 24, 2010, at or near Nogales, in the District of Arizona, JOSE LOPEZ did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 145 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

A TRUE BILL



Pre~~sident~~

DENNIS K. BURKE
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

NOV 17 2010

United States vs. Lopez
Indictment Page 2